VALDOSTA MOTOR COMPANY *v.* STUDSTILL, deputy sheriff.

GEORGE, J. This was a proceeding to condemn an automobile under section 20 of the act approved March 28, 1917 (Acts Ex. Sess. 1917, pp. 7, 18). The constitutional questions made in the record were ruled adversely to plaintiff in error, in *Mack* v. *Westbrook*, ante. Upon its facts the case is controlled by the decision in *Shrouder* v. *Sweat*, 148 *Ga.* 378 (96 S. E. 881).

*Judgment reversed. All the Justices concur.*
No. 1062. FEBRUARY 13, 1919.

Condemnation under liquor law. Before Judge Christian. City court of Nashville. November 23, 1917.

*George E. Simpson,* for plaintiff in error.
*H. L. Jackson, solicitor,* contra.